IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:26-CR-00053-M

UNITED STATES OF AMERICA,

     Plaintiff,

v.

COURTNEY P. WILLIAMS,

     Defendant.

ORDER

This matter comes before the court on the United States' Motion Pursuant to the Classified Information Procedures Act and Request for Appointment of Classified Information Security Officer. DE 21. The United States applied for the appointment of a Classified Information Security Officer and alternates pursuant to the Classified Information Procedures Act, 18 U.S.C. App. III ("CIPA") and Section 2 of the Security Procedures established pursuant to Pub. L. 96-456, 94 Stat. 2025 by the Chief Justice of the United States and promulgated pursuant to Section 9 of CIPA. It is hereby ORDERED that the application is GRANTED.

It is further ORDERED, in accordance with Section 9 of CIPA and the Security Procedures promulgated under Section 9, that the court designates Jennifer H. Campbell as the Classified Information Security Officer in this case and the following persons as alternates to serve in the event Ms. Campbell is unavailable: Daniel O. Hartenstine, Daniella M. Medel, Matthew W. Mullery, William S. Noble, Harry J. Rucker, and Winfield S. "Scooter" Slade.

It is further ORDERED that the designated Classified Information Security Officer and

alternates shall perform the functions and carry out the duties and responsibilities prescribed in the

Security Procedures promulgated under Section 9 of CIPA.

SO ORDERED this ___18th___ day of May, 2026.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

2