IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:26-CR-00053-M

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>COURTNEY P. WILLIAMS,<br><br>Defendant. | ORDER |

This matter comes before the court on the Defendant's Second Motion to Modify Conditions of Release [DE 26]. Defendant seeks an order extending Defendant's evening curfew from 7:00 p.m. to 10:00 p.m. The United States does not object.

For good cause shown pursuant to 18 U.S.C. § 3142(c)(3), the motion is GRANTED, and the Order Setting Conditions of Release (DE 18) is modified as follows:

1. The Curfew condition at ¶ q(i)(1) is imposed as "You are restricted to your residence [including all areas within your property lines] every day from 10:00 p.m. to 7:00 a.m."
2. All other conditions, including Location Monitoring at ¶ q(ii)(1), remain in effect.

SO ORDERED this 19th day of August, 2026.

Richard E. Myers II

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE